UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JESUS DUARTE,

      Plaintiff,

    v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

NO. CIV. S-09-1623 FCD EFB

ORDER AND ORDER TO SHOW CAUSE
RE SANCTIONS

----oo0oo----

    1.   The hearing on Defendant's Motion to Strike Portions of the Complaint is continued to September 4, 2009, at 10:00 a.m. Plaintiff shall file and serve its opposition brief or notice of non-opposition no later than August 21, 2009.  The Defendant may file and serve their reply on or before August 28, 2009.

    2.   Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

1      3.   Plaintiff's counsel shall file his response to the
2  order to show cause on or before August 21, 2009.

3      4.   A hearing on the order to show cause, if necessary,
4  will follow the hearing on the motion.

5      IT IS SO ORDERED.

6  DATED: July 27, 2009

               _____
8               FRANK C. DAMRELL, JR.
                UNITED STATES DISTRICT JUDGE

2